RECEIVED
IN LAKE CHARLES, LA

JUL 2 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20200-02 |
|---|---|---|
| VERSUS | * | JUDGE MINALDI |
| JESSIE ORTIZ | * | MAGISTRATE JUDGE WILSON |

### ORDER

Considering the Motion for Acceptance of Responsibility Pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines filed by the government in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that, if the pre-sentence report reflects any offense level of sixteen or higher under the sentencing guideline, the defendant, JESSIE ORTIZ, is awarded a third point for acceptance of responsibility for "timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently."

DONE AND SIGNED this __19__ day of July 2006 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge